# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS O. TAITE,** <br> **(AIS #: 180664)** <br> <br> Plaintiff, <br> <br> vs. <br> <br> **SPENCER B. WALKER, et al.,** <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 14-0530-CG-B <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 31st day of December, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE