IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS O. TAITE,<br>(AIS #: 180664)<br><br>Plaintiff,<br><br>vs.<br><br>SPENCER B. WALKER, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 14-0530-CG-B<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order entered this date, this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 31st day of December, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE